US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 07 2014

CHRIS R. JOHNSON, Clerk
By
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:14CR50035-001 |
| | ) | |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| | ) | 18 U.S.C. § 2256(8) |
| SCOTT SHOLDS | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(2) |

**UNSEALED INDICTMENT**

The Grand Jury Charges:

COUNT ONE

On or about April 10, 2014 in the Western District of Arkansas, Fayetteville Division, the defendant, SCOTT SHOLDS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely a video identified as "VID_20140410_134536" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO

On or about April 10, 2014 in the Western District of Arkansas, Fayetteville Division, the defendant, SCOTT SHOLDS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term

is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely a video identified as "VID_20140410_134713" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

On or about April 10, 2014 in the Western District of Arkansas, Fayetteville Division, the defendant, SCOTT SHOLDS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely a video identified as "VID_20140410_134846" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

On or about April 10, 2014 in the Western District of Arkansas, Fayetteville Division, the defendant, SCOTT SHOLDS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely a video identified as "VID_20140410_135016" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE

On or about April 10, 2014 to on or about April 15, 2014, in the Western District of Arkansas, Fayetteville Division, the defendant, SCOTT SHOLDS, knowingly possessed a Huawei brand cellular phone that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), depicting images of a minor under the age of 12, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One through Five of this Indictment. Upon conviction of any Count of this Indictment, the Defendant shall forfeit to the United States pursuant to 18 United States Code, Section 2253 the Defendant's interest in:

1) any visual depiction described in 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the

offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States, pursuant to Title 18 United States Code, Section 2253(b), incorporating by reference Title 21 United States Code, Section 853 to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A True Bill.                                    CONNER ELDRIDGE
                                                UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Foreperson                                      By: _____
                                                Conner Eldridge
                                                United States Attorney
                                                Arkansas Bar No. 2003155
                                                414 Parker Avenue
                                                Fort Smith, AR  72901
                                                479-783-5125
                                                E-mail Conner.Eldridge@usdoj.gov