```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                        PLAINTIFF

      v.           No. 5:14CR50035-001

SCOTT SHOLDS                                                    DEFENDANT

### **O R D E R**

The defendant agreed at the arraignment on an indictment conducted this date to waive the issue of detention pending the final disposition of the case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 29TH day of May, 2014.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE