IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No.   5:14-CR-50035-001 |
| v. | ) | |
| | ) | |
| SCOTT SHOLDS | ) | |

## NOTICE OF DISCOVERY MATERIAL PROVIDED TO PETITIONER

The United States of America, by and through Assistant U.S. Attorney Dustin Roberts, files this Notice stating that Discovery Material Provided pursuit to the Order of the Court (Doc. 43) entered on October 20, 2017, and states as follows:

1. That, with the Court's permission, and in lieu of the order (Doc. 43) directing discovery by Mr. Sholds previously appointed counsel, Jack Schisler, the Government is providing the following material:

   a. Interview Report of Detective Shawn Allen, and recordings of interview of Scott Sholds (3 pages; 2 CDs);

   b. Report of Detective S. O'Dell—Narrative (3 Pages);

   c. Report of Detective S. O'Dell—Summary (1 page);

   d. Report of Corporal D. Brashears—Case supplement (1 page);

   e. Report of Corporal K Willyard—Case supplement (2 pages);

   f. Fayetteville PD Miranda Rights Form, executed on 4-15-14 (1 page);

   g. Fayetteville PD Consent to Search Form, executed on 4-15-14 (1 page);

   h. Application and Affidavit for Search Warrant (3 pages);

   i. Search Warrant, Washington County Circuit Court (3 pages);

   j. Indictment of Scott Sholds, filed May 7, 2014 (4 pages);

   k. File Marked Plea Agreement, filed 07/14/14 (14 pages);

   l. Judgement, US v Scott Sholds, Filed 11/07/14 (6 pages).

2.	That the Government has contacted the Attorney assigned to the BOP Tucson Arizona Facility. All of the above legal material will be provided to her office, and her office will thereafter set up time for Sholds to examine the documents and listen to the audio recordings contained on the CDs.

3.	Said material has been shipped as of the filing of this notice. The documents have likewise been emailed to the Attorney assigned to BOP Tucson to advance Mr. Sholds review of the material.

Respectfully submitted,

KENNETH ELSER
UNITED STATES ATTORNEY

By:	/s/ Dustin S. Roberts
	Dustin S. Roberts
	Assistant U. S. Attorney
	Arkansas Bar No. 2005185
	414 Parker Avenue
	Fort Smith, AR   72901
	Phone: (479)783-5125

## **CERTIFICATE OF SERVICE**

I, Dustin Roberts, Assistant U. S. Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was mailed on November 1, 2017 to the following:

Scott Sholds Reg #12253-010
USP-Tucson. P.O. Box # 24550
Tucson Arizona 85734

*/s/ Dustin S. Roberts*

Dustin S. Roberts
Assistant U.S. Attorney